# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **FRANK ELTON SNYDER,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:06-cv-72(HL) |
| **JAMES DONALD, et al.**, | : | |
| Defendants. | : | |

## ORDER

The Order and Recommendation of United States Magistrate Judge Claude W. Hicks, Jr., entered August 11, 2006 [Doc. 21], is before the Court. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court, having given careful consideration to the Recommendation, hereby accepts the same. Accordingly, Plaintiff's Motion for Prohibitory Injunctive Relief (Doc. 6) is hereby **DENIED**. Should Plaintiff wish to pursue those claims raised in his Motion, he should filed a new action, as recommended by the Magistrate Judge.

**SO ORDERED**, this the 8th day of January, 2007.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mls