IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FRANK ELTON SNYDER,

                  Plaintiff

    VS.

JAMES DONALD, *et al.*,

                  Defendants

NO. 5:06-CV-72 (HL)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## RECOMMENDATION ON MOTION TO DISMISS

    Before the court is the defendants' motion seeking dismissal of the instant action based upon plaintiff Frank Elton Snyder's alleged failure to prosecute. Tab #74. Upon initial review of this motion and the record in this case, it appeared to the undersigned that certain representations contained in the motion were inaccurate. Namely, the motion contained an assertion that plaintiff Snyder had no contact with the court since May 2, 2007, as well as a statement that the plaintiff had improperly failed to update the court of a change in his address.

    In view of these apparent mistakes, the undersigned directed the defendants to review their assertions and file an explanatory response. Tab #75. The defendants filed such a response wherein they conceded that they were indeed mistaken in their assertion that the plaintiff had failed to contact the court since May 2, 2007. Tab #77. With regard to the change of address issue, however, the defendants claimed that they had not been served with a change of address by plaintiff Snyder. Curiously, it should be noted that the record in this case contains a change of address notice filed by plaintiff Snyder on August 7, 2007. Tab #67. Attached to his notice is a certificate of service wherein plaintiff Snyder lists the name and address of defense counsel and avers that the notice had been served upon the defendants.

Despite the foregoing, the defendants maintain the position that dismissal on the basis of failure to prosecute is appropriate in this case. The undersigned disagrees. Accordingly, **IT IS RECOMMENDED** that defendants' motion seeking dismissal be **DENIED**. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED,** this 19th day of February, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE