**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **FRANK ELTON SNYDER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **Civil Action No.** |
| | : | **5:06-CV-72 (HL)** |
| **v.** | : | |
| | : | |
| **JAMES DONALD, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

Before the Court is the Recommendation (Doc. 85) entered on February 19, 2010, of United States Magistrate Judge Claude W. Hicks, Jr., in which the Magistrate Judge recommends that the Motion to Dismiss filed by Defendants be denied. Defendants have not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. Defendants' Motion for Dismissal (Doc. 74) is denied.

**SO ORDERED**, this the 12th day of May, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, Senior Judge**

lmc