# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| FRANK ELTON SNYDER, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 5:06-CV-72 (HL) |
| JAMES DONALD, et al., : | |
| : | |
| Defendants. : | |
| _____ : | |

# ORDER

Before the Court is Plaintiff Frank Elton Snyder, Jr.'s ("Snyder") Emergency Motion to Stay Proceedings (Doc. 93). For the following reasons, the motion is denied.

Snyder filed his motion on June 4, 2010. He explains in his motion that he is scheduled to have surgery to remove a heart blockage. He is scheduled to travel to Savannah, Georgia on June 7, 2010 for the surgery and anticipates staying in Savannah until June 10, 2010. Afterward he will remain in an infirmary until June 14, 2010. He will not have access to legal materials during his surgery and time spent recovering in the hospital and infirmary.

Snyder's case is scheduled for trial on July 12, 2010. The Court believes that there is adequate time for Snyder to prepare for trial after he completes his scheduled surgery and recovery. His motion is accordingly denied. Of course, if any complications from surgery arise, Snyder is directed to bring them to the Court's

attention. At that time, the Court will consider granting a motion to stay.

**SO ORDERED**, this the 7th day of June, 2010.

<pre>                              <u>*s/ Hugh Lawson*         </u>
                              **HUGH LAWSON, SENIOR JUDGE**</pre>

lmc