**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **FRANK ELTON SNYDER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.** |
| | : | **5:06-CV-72 (HL)** |
| **JAMES DONALD, et al.,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Before the Court is Plaintiff's second emergency motion to stay (Doc. 99).  The Court has already denied Plaintiff's first motion to stay (Doc. 95) as well as a motion to reconsider the order denying the first motion to stay (Doc. 98).

In his current motion, Plaintiff states he has received surgery for a heart catheterization and received a stint for a heart blockage.  He states that he is incarcerated in the infirmary and has no use of the law library.

In their response, the Defendants have filed an affidavit of one of Plaintiff's treating physicians.  The physician avers that Plaintiff is healthy enough to conduct legal research and has access to the law library.

There is no reason to stay the case or postpone the trial.  The Court will not look favorably upon further motions to stay filed by Plaintiff.  Plaintiff may risk sanctions if he continues to file unnecessary motions to stay.  His second motion to stay (Doc. 99) is accordingly denied.

**SO ORDERED**, this the 22nd day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc