IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FRANK ELTON SNYDER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 5:06-CV-72-HL |
| | ) |
| JAMES DONALD, *et al.* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is hereby ordered that Matthew F. Boyer and Susan L. Rutherford, Counsel for the Defendants, shall be allowed to bring into the Courthouse and the Courtroom the following for the trial of the above styled case:

1) 2 Laptop Computers
2) 2 Cellular Phones

SO ORDERED this <u>8th</u> day of July, 2010.

<u>*s/ Hugh Lawson*</u>
The Honorable Hugh Lawson
Judge United States District Court