IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| FRANK ELTON SNYDER, | : | |
|---|---|---|
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:06-CV-72 (HL) |
| JAMES DONALD, et al., | : | |
| Defendant. | : | |

# ORDER

Plaintiff Frank Elton Snyder moved during his trial to dismiss his case. Defendants agreed to the dismissal. The Court informed the Plaintiff that the dismissal would be with prejudice. The Plaintiff asserted that he wished to dismiss his case with prejudice.

Although the Court issued an oral ruling at trial dismissing the Plaintiff's case with prejudice, the Court now memorializes that ruling. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff's case is dismissed with prejudice. The clerk's office is directed to close the case.

**SO ORDERED**, this the 4th day of August, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

lmc